

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00160-CR

ARACELI TELLO,

           **Appellant**

 **v.**

THE STATE OF TEXAS,

           **Appellee**

**From the 272nd District Court
Brazos County, Texas
Trial Court No. 12-02891-CRF-272**

## A B A T E M E N T   O R D E R

Appellant's brief was originally due on or before April 3, 2014. In a letter dated April 11, 2014, the Court provided notice to Craig M. Greaves, counsel for Appellant, that unless a brief or satisfactory response was received within 14 days, the Court must abate the appeal and order the trial court to immediately conduct a hearing pursuant to Rule of Appellate Procedure 38.8(b)(2, 3). **Neither Appellant's brief nor a satisfactory response was filed.**

Accordingly, the Court abated this appeal, and a hearing was held in the trial

court on June 27, 2014.  **In the June 27 hearing, Mr. Greaves represented to the trial court that he would file Appellant's Brief within 21 days.**  This appeal was then reinstated.

Appellant's Brief was not filed.  In a letter dated July 28, 2014, the Court provided notice to Mr. Greaves that unless a brief or satisfactory response was received within 14 days, the Court must abate the appeal and order the trial court to immediately conduct a hearing pursuant to Rule of Appellate Procedure 38.8(b)(2, 3).

On August 7, 2014, we received a letter from the trial court that, in response to our July 28 letter, a bench conference was held with Mr. Greaves and Assistant District Attorney Jessica Escue to monitor the status of Appellant's Brief.  At the conference, Mr. Greaves informed the trial court that he would not be able to complete the brief until the middle of the week of August 18th.  Appellant's Brief was not filed.  On August 28, 2014, we received another letter from the trial court that a second bench conference was held on August 20, 2014, and that Mr. Greaves told the trial court at that time that he expected to have Appellant's Brief completed that day.  **Neither Appellant's brief nor a satisfactory response has been filed.**

The Court abates this cause **for the second time** to the trial court with instructions to hold a hearing to determine: (1) why a proper brief has not been filed on Appellant's behalf; (2) whether Mr. Greaves is in contempt of court with respect to his prior statements to the trial court about filing Appellant's Brief, and if so found, an imposition of appropriate punishment; (3) whether Mr. Greaves should be referred to the State Bar of Texas grievance system; (4) whether Mr. Greaves has abandoned the

appeal; (5) whether Appellant desires to proceed with this appeal; (6) whether Appellant is receiving effective assistance of counsel; and (7) whether Appellant or Mr. Greaves has intentionally delayed the timely disposition of this appeal. *See* TEX. R. APP. P. 38.8(b)(2, 3, 4).

The trial court shall conduct the hearing within fourteen (14) days after the date of this order. The trial court clerk and court reporter shall file supplemental records within twenty-one (21) days after the date of this order.


PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Cause abated
Order issued and filed September 11, 2014
Do not publish

